IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| JORDAN BROOKS BRENNER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE UNITED STATES, ) <br> ) <br> Defendant. ) <br> ) | No. 19-487C <br> (Judge Solomson) |

JOINT STATUS REPORT

Pursuant to the Court's September 26, 2019 order, ECF No. 11, plaintiff, Jordan Brooks Brenner, and defendant, the United States, respectfully submit this joint status report.

The case is stayed to allow Mr. Brenner to seek relief from the Air Force Board for the Correction of Military Records (AFBCMR).  *See* ECF No. 11.  Plaintiff filed a petition with the AFBCMR, initiating case number BC-2020-00655.

The AFBCMR has not yet reached a decision.  Proceedings are ongoing.  Thus far, the AFBCMR has received advisory opinions from a psychological advisor, and from the Air Force Discharge Review Board.  On October 6, 2020, Mr. Brenner provided responses to the advisory opinions.  On October 20, 2020, the AFBCMR forwarded to Mr. Brenner copies of guidance memoranda that might be applicable to his case.  Mr. Brenner expects to provide a response to the guidance memoranda soon.

Pursuant to the Court's September 26, 2019 order, ECF No. 11, the parties plan to file another status report within 90 days — on or before February 16, 2021 — or within 30 days of the AFBCMR's final decision, whichever is earlier.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | JEFFREY BOSSERT CLARK<br>Acting Assistant Attorney General |
|  | ROBERT E. KIRSCHMAN, JR.<br>Director |
|  | /s/ Deborah A. Bynum<br>DEBORAH A. BYNUM<br>Assistant Director |
| /s/ Wojciech Kornacki<br>Wojciech Kornacki, Esq.<br>LAW OFFICE OF PHILIP D. CAVE<br>1318 Princess Street, Ste 200<br>Alexandria, VA 22314<br>Tel. (540) 270-3041<br>Fax. (703) 997-6076<br>pentagonlaw@gmail.com<br><br>Attorney for Plaintiff<br><br>November 18, 2020 | /s/ Joshua A. Mandlebaum<br>JOSHUA A. MANDLEBAUM<br>Trial Attorney<br>Commercial Litigation Branch<br>Civil Division<br>U.S. Department of Justice<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Tel.  (202) 305-3091<br>Fax.  (202) 353-0461<br>joshua.a.mandlebaum@usdoj.gov<br><br>Attorneys for Defendant |