IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| JORDAN BROOKS BRENNER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 19-487C ) (Judge Dietz) |
| THE UNITED STATES, | ) ) |
| Defendant. | ) ) |

## JOINT STATUS REPORT

Pursuant to the Court's October 25, 2022 order, ECF No. 37, plaintiff, Jordan Brooks Brenner, and defendant, the United States, respectfully submit this joint status report.

As we explained in our previous status report, ECF No. 36, the Air Force Board for Correction of Military Records (AFBCMR or board) denied Mr. Brenner's application for relief in a decision sent June 23, 2022. ECF No. 33. The board subsequently determined that it did not consider two submissions from Mr. Brenner, dated November 18, 2020, and September 17, 2021, before reaching that decision. Accordingly, the board voluntarily reopened the matter in order to consider those submissions and issue a new decision.

The board convened a panel, and the panel considered the case on November 30, 2022. The board is now completing post-hearing matters including documenting the final vote, preparing the record of proceedings, and seeking approval of the decision from the appropriate official.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

|  | PATRICIA M. McCARTHY<br>Director |
|---|---|
|  | /s/ Deborah A. Bynum<br>DEBORAH A. BYNUM<br>Assistant Director |
| /s/ Wojciech Kornacki<br>Wojciech Kornacki, Esq.<br>PENTAGON LAW OFFICE<br>1629 K Street, NW, Ste 300<br>Washington, D.C. 20006<br>Tel. (540) 270-3041<br>pentagonlaw@gmail.com<br><br>Attorney for Plaintiff | /s/ Joshua A. Mandlebaum<br>JOSHUA A. MANDLEBAUM<br>Trial Attorney<br>Commercial Litigation Branch<br>Civil Division<br>U.S. Department of Justice<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Tel.  (202) 305-3091<br>Fax.  (202) 353-0461<br>joshua.a.mandlebaum@usdoj.gov |
| January 5, 2023 | Attorneys for Defendant |