# In the United States Court of Federal Claims

No. 19-487
(Filed: January 5, 2023)

```
*************************************
JORDAN BROOKS BRENNER,         *
                               *
                               *
              Plaintiff,       *
                               *
      v.                       *
                               *
THE UNITED STATES,             *
                               *
                               *
              Defendant.       *
*************************************
```

## ORDER

      On January 5, 2023, Plaintiff and Defendant in the above-captioned case filed a joint status report indicating that a panel convened by the Air Force Board for Correction of Military Records (AFBCMR) considered Mr. Brenner's case on November 30, 2022. [ECF 38]. The AFBCMR is now in the process of completing post-hearing matters such as "documenting the final vote, preparing the record of proceedings, and seeking approval of the decision from the appropriate official." *Id*. at 1. Accordingly, the Court **STAYS THE CASE** pending a final decision from the AFBCMR on Mr. Brenner's reopened application for relief. The parties shall file a joint status report **on or before March 6, 2023—or within 30 days of the AFBCMR's final decision, whichever is earliest.**

      **IT IS SO ORDERED.**

      s/ Thompson M. Dietz
      THOMPSON M. DIETZ, Judge