IN THE UNITED STATES COURT OF FEDERAL CLAIMS

_____

JORDAN BROOKS BRENNER,       )
                                     )
               Plaintiff,        )
                                     )
       v.                     )     No. 19-487C
                                     )     (Judge Meriweather)
THE UNITED STATES,             )
                                     )
               Defendant.     )
_____ )

**DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION
OF TIME TO RESPOND TO PLAINTIFF'S SUPPLEMENTAL BRIEF**

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests a 14-day extension of time, to and including December 22, 2025, within which to file our response to the supplemental brief filed by plaintiff, Jordan Brenner, on November 21, 2025 (ECF No. 61). Our response is currently due December 8, 2025. ECF No. 60. This is our first request for an extension of time for this purpose. Counsel for Mr. Brenner has authorized us to state that Mr. Brenner does not oppose this motion.

The Government has begun reviewing Mr. Brenner's November 21, 2025 supplemental brief and preparing our response. However, undersigned counsel has responsibilities in several other matters that have prevented, and will continue to prevent him from devoting the necessary attention to this matter by the current December 8, 2025 deadline.

In particular, undersigned counsel has been handling three bid protests that were assigned to him during the recent lapse in appropriations, in addition to his prior existing case load. In *Hurricane Consulting, Inc. v. United States*, No. 25-1863C (Fed. Cl.), counsel filed a response to a motion for preliminary injunctive relief on November 12, 2025, and argued the matter on November 20, 2025. Counsel is currently working on the full administrative record for that case.

In *Science Applications International Corp. v. United States*, No. 25-1739C (Fed. Cl.), counsel filed the administrative record on November 3, 2025. Counsel is presently working on the Government's cross-motion for judgment on the administrative record, due December 5, 2025.

In *BL Harbert International, LLC v. United States*, No. 25-1725C (Fed. Cl.), counsel filed the agency's remand decision on November 21, 2025. Counsel is currently working to prepare the administrative record for that case, and negotiate a schedule for continued litigation given the protester's intent to challenge the agency's latest decision.

Counsel is also assisting with *Technatomy Corp., et al. v. United States*, No. 24-451C (Fed. Cl.), a bid protest involving (by our latest count) 17 protesters and 16 intervenors, and a procurement worth up to $60.7 billion. The Government's reply brief — which must address approximately 392 pages of response briefs — is due January 14, 2026. Due to the size of the case, counsel had to start working on this brief as soon as the protesters' responses were filed on November 14, 2025, and will have to complete the bulk of his planned work in December 2025.

In a fifth bid protest, *Mayvin Inc., et al. v. United States*, No. 23-2128C (Fed. Cl.), counsel is attempting to settle a claim from a successful protester for attorney fees and costs pursuant to the Equal Access to Justice Act.

Counsel is also scheduled to participate in oral argument in another military pay case, *White v. United States*, No. 24-506C (Fed. Cl.), on December 18, 2025. Counsel is also handling a third military pay case, *Kerns v. United States*, No. 25-987C (Fed. Cl.), which is presently on remand.

Counsel has also been working on discovery in two Contract Disputes Act cases. In *Leebcor Services, LLC v. United States*, No. 23-1740C (Fed. Cl.), counsel is scheduled to complete discovery regarding liability by February 13, 2026. In *Herman Construction Group,*

*Inc. v. United States*, No. 24-1274C (Fed. Cl.), counsel is scheduled to complete fact discovery regarding liability by April 13, 2026.

Counsel recently reached a settlement in a third contract dispute, *American Ground Transportation, Inc. and Liberty Launch, Inc. v. United States*, No. 20-123C (Fed. Cl.). That case was voluntarily dismissed on December 1, 2025.

Finally, counsel has been working to try to settle several cases (some pending for years before his involvement) alleging that the Emergency Low Income Housing Preservation Act of 1987 and the Housing and Community Development Act of 1992 breached plaintiffs' loan agreements with the Farmers Home Administration, United States Department of Agriculture, including *Barbour Creek Apartments, Ltd., et al. v. United States*, No. 16-1396C (Fed. Cl.), *Gulfport Associates, a Limited Partnership v. United States*, No. 17-2049C (Fed. Cl.), *Brooklyn Associates, an Indiana Limited Partnership, et al. v. United States*, No. 20-1975C (Fed. Cl.), *Bowdon Apartments Limited Partnership, et al. v. United States*, No. 22-1915C (Fed. Cl.), *Waldo Villas LTD v. United States*, No. 24-1151C (Fed. Cl.), *Iroquois Valley, L.P. v. United States*, No. 24-2106 (Fed. Cl.), *Pine Ridge I Associates, Ltd. et al. v. United States*, No. 24-2108C (Fed. Cl.), *Christian County Rural Housing, LP v. United States*, No. 25-1862C (Fed. Cl.), as well as several unfiled claims with similar issues.

Thus, there is good cause for an extension. We expect that the requested 14-day extension of time, to and including December 22, 2025, will be sufficient time to finish our response to Mr. Brenner's supplemental brief. For these reasons, we respectfully request that the Court grant this unopposed motion for a 14-day extension of time.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

/s/ Joshua A. Mandlebaum
JOSHUA A. MANDLEBAUM
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Tel. (202) 532-5409
joshua.a.mandlebaum@usdoj.gov

Attorneys for Defendant

December 3, 2025